UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RAMIREZ CAPITAL SERVICES, LLC and WILCO DATA, LLC,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JARED MCMAHAN, GUARDIAN COMPLIANCE ADVISORS, LLC, and ANNIC CAPITAL, LLC,<br><br>　　　　Defendant. | Case No. 4:21-cv-00241-ALM |

## JOINT MOTION FOR ENTRY OF FINAL ORDER

COME NOW Plaintiffs Ramirez Capital Services, LLC and Wilco Data, LLC and Defendants Jared McMahan, Guardian Compliance Advisors, LLC, and Annic Capital, LLC and, request that the Court enter the proposed Consent Final Order filed contemporaneously herewith. The parties have reached an agreement to resolve this case and, as part of that agreement, have agreed to the terms of the proposed Consent Final Order, which will dismiss with prejudice the claims and counterclaims in this matter and order the parties to abide by the terms of their settlement agreement.

Respectfully submitted this 29th day of April 2022,

| | |
|---|---|
| HALL, GILLIGAN, ROBERTS, & SHANLEVER, LLP<br><br>/s/ David A. Roberts<br>David Allen Roberts<br>Florida Bar No. 608444<br>droberts@hgrslaw.com<br>4987 E. Co. Hwy 30 A<br>Santa Rosa Beach, FL 32459 | BURDETT MORGAN WILLIAMSON & BOYKIN LLP<br><br>/s/ C. Jared Knight *<br>C. Jared Knight<br>State Bar No. 00794107<br>jknight@bmwb-law.com<br>701 S. Taylor Suite 324<br>Amarillo, TX 79101 |

| | |
|---|---|
| T: (850) 213-0604<br>F: (404) 537-5555<br>Brian S. Abrams<br>Georgia Bar No. 611649<br>babrams@hgrslaw.com<br>3340 Peachtree Road, Suite 1900<br>Atlanta, GA 30326<br>T: (404) 442-8776<br>F: (404) 537-5555<br><br><br>HERSH LAW FIRM,PC<br>Barry S. Hersh<br>State Bar No. 24001114<br>*Board Certified in Labor and Employment Law*<br>*Texas Board of Legal Specialization*<br><br>3626 N. Hall St., Suite 800<br>Dallas, TX 75219-5133<br>Tel.  (214) 303-1022<br>Fax (214) 550-8170<br>barry@hersh-law.com<br><br>*Attorneys for Plaintiffs* | (806) 358-8116 Telephone<br>(806) 350-7642 Fax<br><br>*signed with express permission*<br><br>*Counsel for Defendants* |