UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RAMIREZ CAPITAL SERVICES, LLC and WILCO DATA, LLC, <br><br>           Plaintiffs, <br><br> vs. <br><br> JARED MCMAHAN, <br><br>           Defendant. | Case No. 4:21-cv-00241-ALM |

## CONSENT FINAL ORDER

Pending before the Court is the Joint Motion for Entry of Final Order by Plaintiffs Ramirez Capital Services, LLC and Wilco Data, LLC and Defendants Jared McMahan, Guardian Compliance Advisors, LLC, and Annic Capital, LLC.  The parties have agreed to resolve and settle all disputed claims and counterclaims in this matter, and the parties have agreed and stipulated, through their respective counsel, to the entry of this Consent Final Order.

The Court acknowledges that the Parties have reached a settlement agreement (herein after the "Agreement"), which is set forth in a separate written document.  The Court **ORDERS** the parties to comply with the terms of the Agreement and **DISMISSES WITH PREJUDICE** all of the claims and counterclaims in this action.  All parties shall be responsible for their own attorney fees, costs, and other expenses.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

 SIGNED this 11th day of May, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE